391 A.2d 698

Commonwealth v. Shellenberger, Appellant.

Submitted March 15, 1978. Peter J. Mangan, for appellant; Richard H. Horn, First Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.